AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Richard Zachary Ackerman

_____
*Defendant*

)
)
)
)
)
)

Case: 1:23-mj-00129
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/13/2023
Description: Complaint W/ Arrest Warra

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Richard Zachary Ackerman _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☒ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assault, Resist, Oppose, Impede, With a Person Engaged in Performance of Official Duties;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 641 - Theft of Government Property.

Date:      06/13/2023

_____
*Issuing officer's signature*

Moxila A. Upadhyaya
2023.06.13 11:36:03 -04'00'

City and state:          Washington, D.C.

MOXILA A. UPADHYAYA, Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|

This warrant was received on *(date)* __June 18, 2023__ , and the person was arrested on *(date)* __June 18, 2023__
at *(city and state)* __Nashua, NH__ .

Date:      10/18/2023

_____
*Arresting officer's signature*

Alexis Fruzzetti / Patrolman
*Printed name and title*