NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                Criminal Number  **1:23-mj-129**

RICHARD ZACHARY ACKERMAN
         (Defendant)

TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jeffrey S. Levin (NH Bar No. 12901)
*(Attorney & Bar ID Number)*
Federal Defender Office
*(Firm Name)*
**22 Bridge Street, Box 12**
*(Street Address)*
**Concord, NH 03301**
*(City)          (State)          (Zip)*
**(603) 226-7360**
*(Telephone Number)*